lier. A. S. Gilbert and A. G. Meyer, for appellant. L. A. Cuvillier and J. J. Dowling, for respondent.

PER CURIAM. Order affirmed. Order filed. CLARKE, J., dissents.

---

PRATT et al. v. DEZELL. (Supreme Court, Appellant Division, First Department. October 13, 1911.) Action by William Pratt and others against James C. Dezell. No opinion. Application denied, with $10 costs. Order signed.

---

PRICE, Respondent, v. CONEY ISLAND & B. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 10, 1911.) Action by Henry J. Price against the Coney Island & Brooklyn Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, unless within 10 days plaintiff stipulate to reduce the amount of the recovery by the sum of $314.25, the sum claimed for damages to his personal property, in which case the judgment, as modified, and the order denying motion for new trial, are affirmed, without costs.

THOMAS, J., votes to reverse.

---

PRISK, Respondent, v. GENERAL ACCIDENT ASSUR. CORP., Limited, Appellant. (Supreme Court, Appellate Division, Third Department. November 15, 1911.) Action by Frank Prisk against the General Accident Assurance Corporation, Limited. No opinion. Judgment affirmed, with costs.

---

PROPER, Appellant, v. SCHOHARIE & SCHENECTADY COUNTIES FARMERS' MUT. FIRE INS. ASS'N, Respondent. (Supreme Court, Appellate Division, Third Department. November 15, 1911.) Action by Rachel M. Proper against the Schoharie & Schenectady Counties Farmers' Mutual Fire Insurance Association. No opinion. Judgment and order unanimously affirmed, with costs.

---

PUBLIC SERVICE COMMISSION, SECOND DIST., TOWN OF MAMORONECK, et al., Respondents, v. WESTCHESTER ST. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 15, 1911.) Action by the Public Service Commission, Second District, Town of Mamoroneck, and another, against the Westchester Street Railroad Company. No opinion. Interlocutory judgment affirmed, with costs, with usual leave to withdraw demurrer, and answer upon payment of costs of trial court and of the appeal.

---

PULIS, Respondent, v. SCHMIDT, Appellant. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Action by Samuel C. Pulis against Edward A. Schmidt. J. B. Henney, for appellant. E. L. Parodi, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

DOWLING, J., dissents.

---

PURCELL, Respondent, v. UNITED STATES GRAND LODGE, INDEPENDENT ORDER OF SONS OF BENJAMIN, Appellant. (Supreme Court, Appellate Division, Second Department. October 13, 1911.) Action by Rebecca Purcell, administratrix, etc., against the United States Grand Lodge, Independent Order of Sons of Benjamin. No opinion. Judgment and order affirmed, with costs. See, also, 129 N. Y. Supp. 1143.

---

PURDY, Respondent, v. BLAIN, Appellant. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) Action by James Garfield Purdy against Thomas J. Blain. No opinion. Motion granted, without costs, and case set down for argument November 13, 1911. See, also, 130 N. Y. Supp. 1127.

---

PUTTRE, Appellant, v. NASSAU ELECTRIC R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) Action by George Puttre against the Nassau Electric Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, on the ground that the case presented a question for the jury.

JENKS, P. J., dissents.

---

PUTTRE, Appellant, v. NASSAU ELECTRIC R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) Action by Sophie Puttre against the Nassau Electric Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, on the ground that the case presented a question for the jury.

JENKS, P. J., dissents.

---

QUACKENBUSH, Respondent, v. LYTH TILE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 22, 1911.) Action by Susanne G. Quackenbush, as administratrix, etc., against the Lyth Tile Company.

PER CURIAM. Judgment affirmed, with costs.

McLENNAN, P. J., dissents.

---

QUEEN OF THE MOULIN ROUGE CO. v. HURTIG & SEAMON. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by the Queen of the Moulin Rouge Company against Hurtig & Seamon. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 134 App. Div. 965, 119 N. Y. Supp. 1141.